IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION
No. 5:19-CT-3236-D

MARK EDWARDS,                          )
                                       )
            Plaintiff,                 )
                                       )
     v.                                )          **ORDER**
                                       )
WILSON COUNTY DETENTION                )
CENTER,                                )
                                       )
            Defendant.                 )

On August 8, 2019, Mark Edwards ("Edwards" or "plaintiff"), proceeding pro se, filed this

action under 42 U.S.C. § 1983 [D.E. 1]. On September 13, 2019, Edwards was released from

custody.     See   N.C.   State   Bureau   of   Investigation,   Sex   Offender   Registry,

http://sexoffender.ncsbi.gov/details.aspx?SRN=033641S7 (last visited July 1, 2020). Edwards has

not provided the court with his new address.

The court DISMISSES the action without prejudice for Edwards's failure to advise the court

of his new address and for failure to prosecute. The clerk shall close the case.

SO ORDERED. This _2_ day of July 2020.

                                        JAMES C. DEVER III
                                        United States District Judge