UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION

MARK EDWARDS,                         )
                                      )
            Plaintiff,                )
                                      )       **JUDGMENT IN A**
                                      )       **CIVIL CASE**
v.                                    )       **CASE NO. 5:19-CT-3236-D**
                                      )
WILSON COUNTY DETENTION CENTER,       )
                                      )
            Defendant.                )

**Decision by Court.** This action came before this Court for ruling as follows.

**IT IS ORDERED, ADJUDGED, AND DECREED** that the court DISMISSES the action without prejudice for Edwards's failure to advise the court of his new address and for failure to prosecute.

**This Judgment Filed and Entered on July 2, 2020, and Copies To:**

| Mark Edwards | (Sent to Wilson County Detention Center 100 E. Green Street Wilson, NC 27893 via US Mail) |

DATE:                                      PETER A. MOORE, JR., CLERK
July 2, 2020                               (By) /s/ Nicole Sellers
                                                Deputy Clerk